George L. WARN, Appellant,

v.

BROOKS–SCANLON, INC., a corporation, Appellee.

No. 21262.

United States Court of Appeals
Ninth Circuit.

Jan. 26, 1967.

Marvin S. Nepom, Ben T. Gray, Portland, Or., for appellant.

James V. Hurley, DeArmond, Goodrich, Gray, Fancher & Holmes, Bend, Or., for appellee.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM:

The judgment dismissing the action is affirmed for the reasons stated in the district court's opinion, Warn v. Brooks-Scanlon, Inc., D.C.Or., 256 F.Supp. 690.

D. W. BOLGER, Appellant,

v.

Karen GREGORY and Sharon Gregory, Minors, by their Guardian and Next Friend Mournice E. Jones et al., Appellees.

No. 23567.

United States Court of Appeals
Fifth Circuit.

March 29, 1967.

William H. Pruitt, of Fisher, Prior, Pruitt & Schulle, West Palm Beach, Fla., for appellant.

Sam Daniels, Murray Sams, Jr., and Sams, Anderson, Alper & Spencer, Miami, Fla., for appellees.

Before PHILLIPS,* COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

The judgments of the district court are affirmed.

* Of the Tenth Circuit, sitting by designation.